United States District Court
for the District of Arizona
June 13, 2011

Minute Order

Case No.  11-CV-0262-TUC-FRZ

Title :   Sparlin vs Select Portfolio Servicing
_____

DOCKET ENTRY

MINUTE ORDER Pursuant to Local Rule 3.8(a), a request has been received for a random reassignment of this case to a District Judge.   Case reassigned  by random draw to Judge Frank R Zapata.  All further pleadings should now list the following COMPLETE case number: 11-CV-00262- TUC-FRZ.


_____