IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael B. Sparlin; and Sharon J. Sparlin,<br><br>    Plaintiffs,<br><br>vs.<br><br>Select Portfolio Servicing, Inc.,<br><br>    Defendant. | No. CV 11-262 TUC-FRZ (BPV)<br><br>**ORDER OF REFERRAL<br>TO MAGISTRATE JUDGE** |

IT IS HEREBY ORDERED that this case is referred back to Magistrate Judge Bernardo P. Velasco for all pretrial proceedings and report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) and LRCiv 72.1 and LRCiv 72.2 of the Rules of Practice of the United States District Court for the District of Arizona, Local Rules of Civil Procedure.

All future filings in this case shall be designated: **CV 11-262 TUC-FRZ (BPV)**

DATED this 20th day of June, 2011.

Frank R. Zapata
Senior United States District Judge